Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

FLORENTIN MENDEZ MENDEZ    **JUDGMENT IN A CIVIL CASE**
                           CASE NUMBER: 25-CV-945

v.

JOSEPH E. FREDEN, ET AL

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Petition for Writ of Habeas Corpus is granted.

Date: December 16, 2025              MARY C. LOEWENGUTH
                                     CLERK OF COURT

                                     By: s/ Colin J.
                                          Deputy Clerk